Ryan Lee (SBN: 024846)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x241
Fax: 866-583-3695
rlee@consumerlawcenter.com
Attorneys for Plaintiff,
Shelly Anderson

**UNITED STATES DISTRICT COURT,**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Shelly Anderson, | **Case No.: 2:11-cv-00945-GMS** |
| Plaintiff, | |
| v. | **VOLUNTARY DISMISSAL** |
| Diversified Collection Services, Inc., | |
| Defendant. | |

### **VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, Shelly Anderson, by and through her attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

Dated: September 26, 2011                                    KROHN & MOSS, LTD.


                                                             By:/s/ Ryan Lee
                                                                  Ryan Lee
                                                                  Attorneys for Plaintiff
                                                                  Shelly Anderson

- 1 -

VOLUNTARY DISMISSAL

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 26, 2011, I served a copy of this document via USPS MAIL upon the following:

Steven R. Dunn
THE DUNN LAW FIRM
5420 LBJ Freeway, Suite 577
Dallas, Texas 75240

                    By: /s/ Ryan Lee

                        Ryan Lee
                        Attorney for Plaintiff